PROB 12C
(6/16)

Report Date: February 17, 2022

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2022

SEAN F. MCAVOY, CLERK

Name of Offender: Howard Eugene McCabe          Case Number: 0980 2:12CR06041-RMP-1

Address of Offender:                  Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: February 7, 2013

Original Offense:        Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:       Prison - 90 months;         Type of Supervision: Supervised Release
                         TSR - 48 months

Amended Sentence:        Prison - 84 months;
(3/2/2017)               TSR - 48 months

Asst. U.S. Attorney:     Joseph H. Harrington        Date Supervision Commenced: March 23, 2018

Defense Attorney:        Andrea K. George            Date Supervision Expires: March 22, 2022

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report for random drug testing on November 24, 2021. |
| | On March 23, 2018, the offender signed his Judgement in a Criminal Case stating he understood he needed to report for random drug testing as directed. |
| | On October 14, 2021, the offender signed his Treatment Services Contract Program Plan stating he understood he needed to call Merit Resource Services (Merit) and report for random drug testing when the color Brown was noted. |
| | On November 24, 2021, the color Brown was noted. The offender failed to report for his |

Prob12C
Re: McCabe, Howard Eugene
February 17, 2022
Page 2

    random drug test.

2    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using controlled substances, fentanyl, on or prior to October 14, 2021; and methamphetamine on or prior to October 14 and 20, 2021; November 10 and 15, 2021; and January 27, 2022.

On March 23, 2018, the offender signed his Judgement in a Criminal Case stating he understood he could not use illegal controlled substances.

On October 14, 2021, the offender signed his Treatment Services Contract Program Plan stating he understood he needed to call Merit and report for random drug testing when the color Brown was noted.

On October 14, 2021, the offender reported to the probation office in Richland, Washington, and admitted he had been using fentanyl and methamphetamine. He signed an admission form noting the last date he had used fentanyl and methamphetamine was on October 13, 2021. The offender was then scheduled to call daily for random drug testing with Merit when the color Brown was noted.

On October 20, 2021, the color Brown was noted and the offender reported to Merit for a random drug test. The sample returned presumptive positive for the presence of fentanyl. The sample was forwarded to Abbott for confirmation. The sample was confirmed positive on October 27, 2021.

On November 10 and 15, 2021, and January 27, 2022, the offender reported to Merit for random drug testing after the color Brown was noted. On each occasion, the offender's sample returned presumptive positive for the presence of methamphetamine. Each sample was sent to Abbott and confirmed positive.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/17/2022

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: McCabe, Howard Eugene
February 17, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____2/17/2022_____
Date