PROB 12C
(6/16)

Report Date: February 24, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Eugene McCabe          Case Number: 0980 2:12CR06041-RMP-1

Address of Offender:                Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: February 7, 2013

Original Offense:      Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 90 months;            Type of Supervision: Supervised Release
                       TSR - 48 months

Amended Sentence:      Prison -84 months;
3/2/2017               TSR- 48 months

Asst. U.S. Attorney:   Joseph H. Harrington           Date Supervision Commenced: March 23, 2018

Defense Attorney:      Andrea K. George              Date Supervision Expires: March 22, 2022

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 2/17/2022.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

3 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to February 22, 2022.

On March 23, 2018, the offender signed his Judgement in a Criminal Case stating he understood he could not use illegal controlled substances.

On October 14, 2021, the offender signed his Treatment Services Contract Program Plan stating he understood he needed to call Merit Resource Services (Merit), and report for random drug testing when the color Brown was noted.

Prob12C
**Re: McCabe, Howard Eugene**
**February 24, 2022**
**Page 2**

On February 22, 2022, the color Brown was noted and the offender reported to Merit for a random drug test. The sample returned presumptive positive for the presence of methamphetamine and the sample was forwarded to Abbott for confirmation.

The offender admitted to this officer on February 22, 2022, that he had used methamphetamine and noted the sample would be confirmed positive.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/24/2022

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/24/2022

Date