PROB 12C
(6/16)

Report Date: March 23, 2022

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Howard Eugene McCabe | Case Number: 0980 2:12CR06041-SAB-1 |
| Address of Offender: Last known: | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 7, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 90 months;<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(03/02/2017) | Prison -84 months;<br>TSR- 48 months | | |
| Asst. U.S. Attorney: | Daniel H. Fruchter | Date Supervision Commenced: | March 23, 2018 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | March 22, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 2/17/2022 and 2/24/2022.

On March 23, 2018, the offender signed his Judgement in a Criminal Case stating he understood the conditions of supervised release imposed by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to March 16, 2022.

On October 14, 2021, the offender signed his Treatment Services Contract Program Plan stating he understood he needed to call Merit Resource Services (Merit), and report for random drug testing when the color Brown was noted.

Prob12C
Re: McCabe, Howard Eugene
March 23, 2022
Page 2

                On March 16, 2022, the color Brown was noted and the offender reported as directed. The sample provided returned presumptive positive for the presence of methamphetamine. The sample was sent to Abbott for confirmation. On March 18, 2022, the sample was confirmed positive for the presence of methamphetamine.

5        **Special Condition # 15**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

         **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by being removed from chemical dependancy treatment on or prior to March 23, 2022.

         On October 14, 2021, the offender signed his Treatment Services Contract Plan stating he understood he needed to complete a chemical dependancy assessment and follow any recommended treatment. The offender was assessed as needing inpatient chemical dependancy treatment in December 2021, after he continued to abuse controlled substances. He completed inpatient treatment in January 2022, and entered intensive outpatient (IOP) treatment with Merit.

         On March 22, 2022, telephone contact was made with the offender's counselor regarding his compliance with treatment. The counselor advised he was closing the offender's treatment services as he had not attended any sessions in several weeks. The counselor further noted a noncompliance letter had been sent to the offender directing him to contact Merit to schedule an appointment to discuss the reasoning behind the missed treatment sessions, but the offender failed to reply. At this time the offender has been removed from IOP and his file has been closed at Merit.

6        **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

         **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to advise his supervising officer of his change of address on or before March 23, 2022.

         On March 21, 2022, this officer attempted to make telephone contact with the offender at his listed number. A voice mail was left directing him to return the call that day. A text message was also sent directing the offender to call this officer. Both went unreturned by the offender.

         On March 22, 2022, additional telephone calls were made to the offender's listed number, with each going to voice mail.

Prob12C
**Re: McCabe, Howard Eugene**
**March 23, 2022**
**Page 3**

On March 23, 2022, contact was made with the offender's sister at his listed address. She advised the offender had not been there in several weeks and she did not know where he was currently staying. At this time the offender's whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/23/2022

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Stanley A. Bastian

Signature of Judicial Officer

3/24/2022
Date